**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 12-cv-2951 |
| MUMIN BASHEER, : | |
| : | |
| Defendant. : | CRIMINAL ACTION |
| : | |
| : | No. 05-cr-616-01 |
| : | |

## ORDER

AND NOW, this 19th day of June, 2013, upon consideration of the Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (ECF Nos. 75, 77), and responses thereto, it is hereby ORDERED, for the reasons contained in the attached Memorandum, that the Motion is DENIED. Further, this Court will not issue a certificate of appealability, as, for the reasons contained in this Memorandum, the Petitioner has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.